# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERESA RICHARDSON, | CASE NO. C19-0772JLR |
| Plaintiff, | SHOW CAUSE MINUTE ORDER |
| v. | |
| IBEW PACIFIC COAST PENSION FUND, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by September 9, 2019, why this action should not be dismissed for failing to comply with Order requiring Status Report signed

//

//

//

July 22, 2019, and due August 26, 2019.  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 30th day of August, 2019.

                      WILLIAM M. MCCOOL
                      Clerk of Court

                      s/ Ashleigh Drecktrah
                      Deputy Clerk

MINUTE ORDER - 2