UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA RICHARDSON,<br><br>                Plaintiff,<br>    v.<br><br>IBEW PACIFIC COAST PENSION FUND,<br><br>                Defendant. | CASE NO. C19-0772JLR<br><br>ORDER ADOPTING THE PARTIES' PROPOSED CASE SCHEDULE |

This is an action under the Employee Retirement Income Security Act ("ERISA") for injunctive and declaratory relief that is based on a judicial review of the administrative record. (*See generally* Compl. (Dkt. # 1); *see also* JSR (Dkt. # 11) at 1.) On September 5, 2019, the court ordered the parties to confer and file a joint proposed case schedule for the resolution of this matter. (Order (Dkt. # 12).) On September 17, 2019, the parties timely responded and jointly proposed a case schedule. (*See* Joint Prop. Case Sched. (Dkt. # 14).) Having reviewed the parties' joint proposal, the court hereby

ADOPTS it as the case schedule in this matter. Accordingly, the deadlines set forth in the parties' proposed schedule will hereafter serve as the case deadlines in this matter. Any variance from these deadlines is governed by the standards set forth in Federal Rule of Civil Procedure 6(b). *See* Fed. R. Civ. P. 6(b).

Dated this 18th day of September, 2019.

JAMES L. ROBART
United States District Judge